Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–31835–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Leonard R. Duane III
    dba Len. Duane Contracting
    1466 Rte. 57
    Port Murray, NJ 07865
Social Security No.:
    xxx–xx–4163
Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑       The Court having noted that the debtor filed a petition on October 27, 2017, and did not file the following documents:

       Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Atty Disclosure Statement, Statement of Your Current Monthly Income & Calc of Commitment Period(122C–1), Calculation of Your Disposable Income (122C–2) – If Applicable, Ch. 13 Plan and Motions and Schedules A/B,C,D,E/F,G,H,I & J.

☐       The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

    It is hereby

    ORDERED that the above document(s) must be received by the Clerk on or before 11/13/17 or the case will be dismissed.

    If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 11/13/17.

    If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: November 22, 2017
Time: 10:00am
Location: Courtroom 8
Address:   Clarkson S. Fisher Courthouse
          402 East State Street
          Trenton, NJ 08608–1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**


Dated: October 30, 2017
JAN: pbf

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge